# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 18, 2013

No. 12-50719
Summary Calendar

Lyle W. Cayce
Clerk

STEPHEN A. MAYBANK,

Plaintiff-Appellant

v.

JOHN M. MCHUGH, Secretary, Department of the Army

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:11-CV-508

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

This court has reviewed the record and Plaintiff's complaints of discrimination and illegal retaliation, and we agree with the rulings of Judge Rodriguez made in his order dated, June 18, 2012. The judgment must be affirmed.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.